# NO. 12-20-00210-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE: MATTHEW BERRYMAN* | § | |
| *AND TABITHA BERRYMAN,* | § | *ORIGINAL PROCEEDING* |
| *RELATORS* | § | |

## MEMORANDUM OPINION
### PER CURIAM

Matthew and Tabitha Berryman, Relators, filed a petition for writ of mandamus challenging Respondent's order in aid of investigation of child abuse or neglect.[1] On October 14, 2020, this Court conditionally granted the petition and directed Respondent to vacate his August 21, 2020, order in aid of investigation. By an order signed on October 15, Respondent complied with this Court's opinion and order, rendering this proceeding moot. Accordingly, we dismiss the petition for writ of mandamus as ***moot***.

Opinion delivered October 30, 2020.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] Respondent is the Honorable Tim Womack, Judge of the 307th District Court in Gregg County, Texas. The Texas Department of Family and Protective Services is the Real Party in Interest. The Texas Public Policy Foundation filed an amicus brief in support of the Berrymans' petition for writ of mandamus.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

OCTOBER 30, 2020

NO. 12-20-00210-CV

**MATTHEW BERRYMAN AND TABITHA BERRYMAN,**
Relators
V.

**HON. TIM WOMACK,**
Respondent

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by Matthew Berryman and Tabitha Berryman; who are the relators in appellate cause number 12-20-00210-CV and respondents in trial court cause number 2020-1515-DR, on the docket of the 307th Judicial District Court of Gregg County, Texas. Said petition for writ of mandamus having been filed herein on August 31, 2020, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*